Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                              Case No.:  16−17526−JNP
                              Chapter:  13
                              Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Karla K. Hunt
    aka Karla K Ott, aka Karla K Diaz
    9 Twin Oaks Drive
    Bridgeton, NJ 08302

Social Security No.:
    xxx−xx−9647

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:      9/6/18
Time:      02:00 PM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Joseph J. Rogers, Debtor's Attorney,

COMMISSION OR FEES
Fees: $1100.00

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: July 31, 2018
JAN:

Jeanne Naughton
Clerk

```
                               United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                    Case No. 16-17526-JNP
Karla K. Hunt                                                             Chapter 13
         Debtor
                                        CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 2                  Date Rcvd: Jul 31, 2018
                               Form ID: 137                 Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2018.
db             +Karla K. Hunt,    9 Twin Oaks Drive,    Bridgeton, NJ 08302-7013
cr             +City of Bridgeton,    c/o Bertram Law Office, L.L.C.,    56 Fayette Street,    P.O. Box 257,
                 Bridgeton, NJ 08302-0195
517669916      +Bayview Loan Servicing, LLC,    Kevin G. McDonald, Esquire,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
516322581       Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
516127015      +Chase,    Attn: Correspondence Dept,    Po Box 15298,   Wilmington, DE 19850-5298
516127016      +Chase Mtg,    P.o. Box 24696,   Columbus, OH 43224-0696
516250732      +City of Bridgeton Tax Office,    c/o Bertram Law Office LLC,    PO Box 257,
                 Bridgeton, NJ 08302-0195
516127017      +Fein, Such, Kahn & Shepard,    7 Century Drive, Suite 201,    Parsippany, NJ 07054-4673
516127018       Hayt, Hayt & Landau,    PO Box 500,   Eatontown, NJ 07724-0500
516339645      +Hyundai Capital America DBA,    Kia Motors Finance,    PO Box 20825,
                 Fountain Valley, CA 92728-0825
516127019      +Kia Motors Finance Co,    10550 Talbert Ave,    Fountain Valley, CA 92708-6031
516218107      +Rebecca J. Bertram, Solicitor,    56 Fayette Street,    Bridgeton, NJ 08302-2425
516127024       The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
516127025      +The Bureaus Inc.,    650 Dundee Rd,    Ste 370,   Northbrook, IL 60062-2757
516218106      +The City of Bridgeton,    Office of Tax Collection,    181 E. Commerce Street,
                 Bridgeton, NJ 08302-2623

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 01 2018 00:27:00     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 01 2018 00:26:58      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516218105      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 01 2018 00:27:27
                 Bayview Loan Servicing,    4425 Ponce de Leon Blvd.,    5th Floor,   Coral Gables, FL 33146-1837
516205858       E-mail/PDF: rmscedi@recoverycorp.com Aug 01 2018 00:29:24
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corp,
                 25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
517319023      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2018 00:29:53
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
516127014      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 01 2018 01:31:14      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
516165263       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 01 2018 01:31:14
                 Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
516127020      +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 01 2018 00:26:14      Kohls/Capital One,
                 Po Box 3120,    Milwaukee, WI 53201-3120
516345905       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2018 00:30:20
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank (USA), N.A.,    POB 41067,
                 Norfolk VA 23541
516345589       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2018 00:29:52
                 Portfolio Recovery Associates, LLC,    c/o Synchrony Bank,    POB 41067,   Norfolk VA 23541
516127021      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2018 00:30:20
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
516127022      +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2018 00:30:15     Syncb/ashley Furniture,
                 Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
516127023      +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2018 00:29:47     Synchrony Bank,    Po Box 965064,
                 Orlando, FL 32896-5064
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516345881*     +Bayview Loan Servicing, LLC,    4425 Ponce de Leon Boulevard,   5th Floor,
                 Coral Gables, FL 33146-1837
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1           User: admin                  Page 2 of 2                  Date Rcvd: Jul 31, 2018
                               Form ID: 137                 Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2018 at the address(es) listed below:

```
          Alexandra T. Garcia    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC NJECFMAIL@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company NJECFMAIL@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
          Celine P. Derkrikorian    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company njecfmail@mwc-law.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Joseph J. Rogers    on behalf of Debtor Karla K. Hunt jjresq@comcast.net,  jjresq1@comcast.net
          Kevin Gordon McDonald    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
           LIABILITY COMPANY kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Rebecca J. Bertram    on behalf of Creditor    City of Bridgeton rebeccajbertram@gmail.com
          Tammy L. Terrell    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
                                                                                             TOTAL: 9
```