**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Karla K. Hunt<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9647<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–17526–JNP | |

# Order of Discharge                                                                  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Karla K. Hunt
aka Karla K Ott, aka Karla K Diaz

8/6/21                                                                         **By the court:** Jerrold N. Poslusny Jr.
                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                Case No. 16-17526-JNP
Karla K. Hunt                                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                                       User: admin                                                     Page 1 of 3
Date Rcvd: Aug 06, 2021                              Form ID: 3180W                                      Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**
+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karla K. Hunt, 9 Twin Oaks Drive, Bridgeton, NJ 08302-7013 |
| cr | + | City of Bridgeton, c/o Bertram Law Office, L.L.C., 56 Fayette Street, P.O. Box 257, Bridgeton, NJ 08302-0195 |
| 517669916 | + | Bayview Loan Servicing, LLC, Kevin G. McDonald, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 516250732 | + | City of Bridgeton Tax Office, c/o Bertram Law Office LLC, PO Box 257, Bridgeton, NJ 08302-0195 |
| 516127017 | + | Fein, Such, Kahn & Shepard, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4673 |
| 516127018 | | Hayt, Hayt & Landau, PO Box 500, Eatontown, NJ 07724-0500 |
| 519244085 | + | Headlands Residential Series, SN Servicing Corp., 323 5th Street, Eureka, CA 95501-0305 |
| 519244086 | + | Headlands Residential Series, SN Servicing Corp., 323 5th Street, Eureka, CA 95501, Headlands Residential Series SN Servicing Corp. 95501-0305 |
| 516339645 | + | Hyundai Capital America DBA, Kia Motors Finance, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 516127019 | + | Kia Motors Finance Co, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |
| 517928067 | + | Land Home Financial Services, Inc., 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 517928068 | + | Land Home Financial Services, Inc., 2001 Western Avenue, Suite 400, Seattle, WA 98121, Land Home Financial Services, Inc., 2001 Western Avenue, Suite 400 Seattle, WA 98121-3132 |
| 516218107 | + | Rebecca J. Bertram, Solicitor, 56 Fayette Street, Bridgeton, NJ 08302-2425 |
| 516127024 | | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |
| 516127025 | + | The Bureaus Inc., 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 516218106 | + | The City of Bridgeton, Office of Tax Collection, 181 E. Commerce Street, Bridgeton, NJ 08302-2623 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 06 2021 20:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 06 2021 20:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519014934 | + | Email/Text: bknotices@snsc.com | Aug 06 2021 20:27:00 | Argolica, LLC, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501, Argolica, LLC, c/o SN Servicing Corporation 95501-0305 |
| 519014933 | + | Email/Text: bknotices@snsc.com | Aug 06 2021 20:27:00 | Argolica, LLC, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501 |
| 516218105 | + | EDI: LCIBAYLN | Aug 07 2021 00:23:00 | Bayview Loan Servicing, 4425 Ponce de Leon Blvd., 5th Floor, Coral Gables, FL 33146-1873 |
| 517319023 | + | EDI: RECOVERYCORP.COM | Aug 07 2021 00:23:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516205858 | | EDI: RECOVERYCORP.COM | Aug 07 2021 00:23:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o Recovery Management Systems Corp, 25 SE 2nd Avenue Suite 1120, Miami FL 33131-1605 |
| 516127014 | + | EDI: CAPITALONE.COM | Aug 07 2021 00:23:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516165263 | | EDI: CAPITALONE.COM | | |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 06, 2021 | Form ID: 3180W | Total Noticed: 34 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 07 2021 00:23:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516322581 | | EDI: BL-BECKET.COM | Aug 07 2021 00:23:00 | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516127015 | | EDI: JPMORGANCHASE | Aug 07 2021 00:23:00 | Chase, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 516127016 | | EDI: JPMORGANCHASE | Aug 07 2021 00:23:00 | Chase Mtg, P.o. Box 24696, Columbus, OH 43224 |
| 516127020 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 06 2021 20:26:00 | Kohls/Capital One, Po Box 3120, Milwaukee, WI 53201-3120 |
| 516345905 | | EDI: PRA.COM | Aug 07 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (USA), N.A., POB 41067, Norfolk VA 23541 |
| 516345589 | | EDI: PRA.COM | Aug 07 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 516127021 | + | EDI: PRA.COM | Aug 07 2021 00:23:00 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 516127022 | + | EDI: RMSC.COM | Aug 07 2021 00:23:00 | Syncb/ashley Furniture, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 516127023 | + | EDI: RMSC.COM | Aug 07 2021 00:23:00 | Synchrony Bank, Po Box 965064, Orlando, FL 32896-5064 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516345881 | *+ | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1873 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2021                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra T. Garcia | on behalf of Creditor BAYVIEW LOAN SERVICING LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Alexandra T. Garcia | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |

| | |
|---|---|
| Celine P. Derkrikorian | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company njecfmail@mwc-law.com |
| Charles H. Jeanfreau | on behalf of Creditor Land Home Financial Services Inc. charles.jeanfreau@mccalla.com, BNCmail@w-legal.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Joseph J. Rogers | on behalf of Debtor Karla K. Hunt jjresq@comcast.net jjrogers0507@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor BAYVIEW LOAN SERVICING LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor BAYVIEW LOAN SERVICING LLC, A DELAWARE LIMITED LIABILITY COMPANY kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Rebecca J. Bertram | on behalf of Creditor City of Bridgeton rebeccajbertram@gmail.com |
| Tammy L. Terrell | on behalf of Creditor BAYVIEW LOAN SERVICING LLC bankruptcy@fskslaw.com |

TOTAL: 11